# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:24-cr-17 |
| Plaintiff, | ) ) ) | JUDGE CHARLES E. FLEMING |
| v. | ) ) ) | **ORDER** |
| ZUBAIR MEHMET ABDUR RAZZAQ AL ZUBAIR and MUZZAMMIL MUHAMMAD AL ZUBAIR, | ) ) ) | |
| Defendants. | | |

This Court finds recusal is appropriate pursuant to 28 U.S.C. §455(a). This case is returned to the Clerk for reassignment to another judge.

**IT IS SO ORDERED.**

Date: February 1, 2024

*[Signature: Charles Fleming]*

**HONORABLE CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**