IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:24–CR–00017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| | ) | |
| ZUBAIR AL ZUBAIR, ET AL. | ) | <u>Memorandum Opinion and Order</u> |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendants Muzzammil Muhammad Al Zubair and Zubair Mehmet Abdur Razzaq Al Zubair's *Joint Motion to Set Compliance Deadlines for Court-Ordered Discovery Productions* filed on December 22, 2025. (ECF #174). The Government opposed the Motion on December 29, 2025. (ECF #177).

Defendants seek to set deadlines where the Government must produce written agent notes pertaining to interviews of each Defendant, file a written confirmation that it complied with disclosure of post-indictment surveillance activities, and disclose any benefit given to a witness it intends to call at trial. (ECF #174, p.4–5). The Court finds that Defendants' Motion is moot. The record reflects that the Government has already disclosed the immigration benefits of witnesses it intends to call at trial. In addition, there are no written notes of the agent interviews for each Defendant, as they were audio-recorded. Further, the Government does not need to certify that it

– 2 –

disclosed post-indictment surveillance unless ordered by the Court, and there is no reason to do so here. Accordingly, Defendants' Motion (ECF #174) is DENIED.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: November 30, 2025