UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | CASE NO.: 1:24 CR 17 |
| | ) | |
| vs. | ) | MEMORANDUM OPINION |
| | ) | AND ORDER |
| | ) | |
| ZUBAIR AL ZUBAIR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendant, Zubair Mehmet Abdur Razzaq Al Zubair's Renewed and Corrected Motion to Proceed in Forma Pauperis and For Preparation of Trial Transcripts at Government Expense. (ECF #266).   The Government filed a Response to the Motion. (ECF #280).  Mr. Zubair seeks free transcripts and a designation to proceed in *forma pauperis* in connection with his filing a motion for new trial under Fed. R. Crim. P. 33, and in anticipation of a potential appeal.   This is Mr. Zubair's second motion seeking this designation. (ECF #252).  The prior motion was denied.  (ECF #255).

Although an indigent person may be entitled to free trial transcripts for appeal purposes pursuant to 29 U.S.C. §1915 and Fed. R. App. 24, there is no legal right to free transcripts for use in post-trial motions, including motions for new trial. *See, United States v. Banks*, 369 F. Supp. 951, 952 (M.D. Pa. 1974); *United States v. Villegas*, No. 07 CR 260, 2009 WL 1657072, at *11 (N.D. Ill. June 11, 2009).  The trial court has full discretion to determine whether a free transcript should be provided to assist an indigent defendant in preparing a motion for new trial. *United*

*States v. Smith*, 2008 U.S. Dist. LEXIS 87737, *2 (E.D. Tenn., October 29, 2008); *Banks*, 369 F. Supp. at 955.

First off, Mr. Zubair has still not fully completed an updated comprehensive affidavit of indigency. However, even if the Court were to agree that he is indigent, he has not demonstrated a need for transcripts at this stage of his post-conviction proceedings. In this case, the Court finds that the trial transcripts are not necessary for Mr. Zubair to make his arguments regarding his request for a new trial. The Court is very familiar with the evidence and testimony at trial. In addition, the arguments Mr. Zubair has listed as "non-frivolous issues" he intends to raise do not require transcript citations to be effectively communicated. Many of the arguments he cites in support of his request repeat those raised at the conclusion of trial in his Fed. R. Crim. P. 29 arguments. Further, they are generally based on the Court's admissibility rulings, and jury instructions which do not rely on the content of testimony or any disputes as to what evidence was presented.

The Court, therefore, finds that Mr. Zubair is not currently entitled to a designation of *in forma pauperis*, nor is he entitled to free copies of the trial transcripts at this time. To the extent that his motion seeks these things for purposes of appeal, the motion is premature as no appeal has yet been filed. For these reasons, the motion is DENIED. (ECF #266). IT IS SO ORDERED.

DONALD C. NUGENT
United States District Judge

DATED: March 25, 2026

2